435 F.2d 556
 76 L.R.R.M. (BNA) 2403, 65 Lab.Cas. P 11,701
 EAST BAY UNION OF MACHINISTS, LOCAL, 1304, UNITED
STEELWORKERS OF AMERICA, AFL-CIO, etc., et al.,
Plaintiffs-Appellants,
v.
FIBREBOARD PAPER PRODUCTS CORPORATION, a corporation,
Defendant-Appellee.
 No. 23317.
 United States Court of Appeals, Ninth Circuit.
 Dec. 10, 1970.
 
 Appeal from the United States District Court for the Northern District of California; Albert C. Wollenberg, Judge.
 Jay A. Darwin (argued), of Darwin & Riordan, San Francisco, Cal., for appellants.
 E. Judge Elderkin (argued), Marion B. Plant, of Brobeck, Phleger & Harrison, San Francisco, Cal., for appellee.
 Before MERRILL, BROWNING, and KILKENNY, Circuit Judges.
 
 ORDER
 
 1
 The judgment is affirmed for the reasons stated in the district court's opinion. East Bay Union of Machinists, Local 1304 v. Fibreboard Paper Products Corp., 285 F.Supp. 282 (N.D.Cal.1968).